```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 27658
   JODYNE LY
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-3654


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/08 .

   2.  The case was dismissed without confirmation, 12/05/2008.

----------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------

          Summary of disbursements:
----------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00         .00         .00          .00           .00
PRINCIPAL PAID       .00         .00         .00          .00           .00
INTEREST PAID        .00         .00         .00          .00           .00
TOTAL PAID           .00         .00         .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




              Dated: 03/13/09              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 27658 JODYNE LY
```